UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>MERIN, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-00297-CDB (PC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. 1) |

      Plaintiff Erik Taylor ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. (Doc. 2). Plaintiff alleges Defendants Merin, Merin, and Heller, officers of the Los Angeles Police Department, violated his civil rights. (*See* Doc. 1).

      The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

      In this case, Plaintiff seeks relief in connection with a search conducted by officers of the Los Angeles Police Department. Because a substantial part of the events giving rise to Plaintiff's

1  claim occurred in Los Angeles County and because the defendants allegedly are (or were)
2  members of the Los Angeles Police Department, Plaintiff's action should have been filed in the
3  United States District Court for the Central District of California.
4       In the interest of justice, a federal court may transfer a complaint filed in the wrong
5  district to the correct district.  *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932
6  (D.C. Cir. 1974).
7       Accordingly, IT IS HEREBY ORDERED that this case is transferred to the U.S. District
8  Court for the Central District of California.  *See* 28 U.S.C. § 1404(a).
9  IT IS SO ORDERED.
10     Dated:   **March 13, 2025**
11                                                          UNITED STATES MAGISTRATE JUDGE

2